

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2014

No. 04-14-00030-CV

**IN RE Hugo Xavier DE LOS SANTOS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Karen Angelini, Justice
             Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice

On January 10, 2014, relator Hugo Xavier De Los Santos filed a petition for writ of mandamus and motion for temporary relief and emergency stay pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and motion for temporary relief and emergency stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 10th, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012CI20086, styled *Commission for Lawyer Discipline v. Hugo Xavier De Los Santos*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Tonya Parker presiding.